# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

November 7, 2024

Lyle W. Cayce
Clerk

No. 23-30843

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

BROXSTONIE DEMICHAEL MITCHELL,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:21-CR-299-1

Before JOLLY, HIGGINSON, and DUNCAN, *Circuit Judges*.

PER CURIAM:[*]

Broxstonie Demichael Mitchell pleaded guilty to 18 U.S.C. § 922(g)(1), possession of a firearm by a felon. He now appeals his conviction, raising a Second Amendment facial challenge to the constitutionality of § 922(g)(1). Because a panel of our court recently held that § 922(g)(1) is facially constitutional under the Second Amendment, Mitchell's constitutional challenge is clearly foreclosed. *See United States v. Diaz*, 116 F.4th 458, 471–

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 23-30843

72 (5th Cir. 2024); *see also Bonvillian Marine Serv., Inc. v. Pellegrin* (*In re Bonvillian Marine Serv., Inc.*), 19 F.4th 787, 792 (5th Cir. 2021) (providing that a panel of our court cannot overturn another panel unless there is an intervening change in the law, such as by statute, the en banc court, or the Supreme Court). As a result, the parties' disputes over whether Mitchell's challenge is preserved and, in turn, what standard of review applies are moot. *See Diaz*, 116 F.4th at 471–72 (finding that § 922(g)(1) survives a preserved facial challenge); *United States v. Jones*, 88 F.4th 571, 574 (5th Cir. 2023) (finding that § 922(g)(1) survives an unpreserved facial challenge). Accordingly, Mitchell's conviction is, in all respects,

AFFIRMED.